IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| D.D., by and through his next friend CATHY DAVIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:09CV691-WHA (WO) |
| CHILTON COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this day, judgment is entered in favor of the Defendants, Chilton County Board of Education, Keith Moore, Benita Cahalane, and Heather Alford, and against the Plaintiff, on the federal claims. The state law claims are dismissed without prejudice.

Costs are taxed against the Plaintiff.

Done this 6th day of April, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE